

# Fourth Court of Appeals
## San Antonio, Texas

August 26, 2016

No. 04-15-00551-CV

Richard Matthew **VILLARREAL**,
Appellant

v.

Rebecca L. **VILLARREAL**,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-18202
Honorable Gloria Saldana, Judge Presiding

## O R D E R

On August 3, 2016, this court issued a memorandum opinion reversing the trial court's order and remanding the cause for further proceedings. On August 23, 2016, the parties filed a joint motion to expedite mandate pursuant to Rule 18.1(c) requesting that the mandate be issued immediately. *See* TEX. R. APP. P. 18.1(c). The motion is GRANTED. The clerk of the court is instructed to issue the mandate immediately. *See id.*

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of August, 2016.

_____
Keith E. Hottle
Clerk of Court